AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Spencer Neal ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 2:20-cv-5240 |
| Scioto Downs, Inc., et al. ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Pursuant to Fed. R. Civ. P. Rule 68, Judgment is entered against Defendant Scioto Downs, Inc. in the amount of Eighty-Five Thousand Dollars and No Cents ($85,000.00), which includes all accrued applicable prejudgment interest, costs and disbursements, and applicable attorneys' fees.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: 4/19/22

CLERK OF COURT

*Signature of Clerk or Deputy*