AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

Spencer Neal )
*Plaintiff* )
v. ) Civil Action No. 2:20-cv-5240
Scioto Downs, Inc., et al. )
*Defendant* )

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ **other:** Pursuant to Fed. R. Civ. P. Rule 68, Judgment is entered against Defendant Scioto Downs, Inc. in the amount of Eighty-Five Thousand Dollars and No Cents ($85,000.00), which includes all accrued applicable prejudgment interest, costs and disbursements, and applicable attorneys' fees. Additionally, Judgment is entered against the Defendant in favor of Plaintiff as to Counts One, Two, and Three of Plaintiff's First Amended Complaint concerning the remediation to the Scioto Downs' facility located at 6000 South High Street, Columbus, Ohio in accordance with applicable Federal and Ohio accessibility provisions as set forth in Defendant's proposed remediation chart.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 8/29/22

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*